UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AMBER RUTLAND,<br><br>        Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., et al.<br><br>        Defendants. | CIVIL ACTION NO.: 5:16-cv-666<br><br>JUDGE MAURICE HICKS, JR.<br><br>MAGISTRATE JUDGE<br>KAREN HAYES |

## ORDER

Considering the foregoing Motions for Oral Argument by Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Mitsubishi Tanabe Pharma Corporation regarding their Motions to Dismiss Plaintiff's Complaint,

IT IS ORDERED that said Motion is GRANTED and oral argument on Defendants' Motion to Dismiss Plaintiffs' Complaint is scheduled for _____, 2016 at _____ a.m./p.m.

Shreveport, Louisiana, this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

00371137